UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDDIE LORENZO SCOTT,

          Plaintiff,

-vs-                                       Case No. 6:06-cv-1418-Orl-28KRS

BANK OF AMERICA,

          Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. No. 2) filed September 15, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 29, 2006 (Doc. No. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The amended complaint filed in this action (Doc. 5) is **dismissed without prejudice.**

3. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **denied without prejudice.**

4. Plaintiff may file a second amended complaint which alleges a basis for this Court to exercise jurisdiction, the facts on which he believes the defendant violated a law and the way in which the violation harmed him within eleven (11) days of the date of this Order. Plaintiff may also file a renewed motion to proceed without payment of fees within the same time.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __2 3__ day of October, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party